UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                           Case No: 6:23-cv-1236-RBD-EJK

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
68.205.117.250,

    Defendant.
_____

### ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 15), filed December 4, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 11, 2023.



ROY B. DALTON, JR.
United States District Judge